# United States District Court

## District of Arizona

# Certificate of Good Standing

I, Debra D. Lucas, Clerk of this Court, certify that David Hoffa was duly admitted to practice in this Court on October 9, 2024, and is in good standing as a member of the Bar of this Court.

Dated at Phoenix, Arizona, on October 9, 2024

_____
Debra D. Lucas
District Court Executive/Clerk of Court

_____
Beth Stephenson
DEPUTY CLERK