# United States District Court

## Central District of California

# CERTIFICATE OF
# GOOD STANDING

I, BRIAN D. KARTH, Clerk of this Court, certify that

__Caleb Randall Trotter__, Bar No. __305195__

was duly admitted to practice in this Court on __11/20/2019__
DATE

and __is active and in good standing__ as a member of the Bar

of this Court.

Dated at Los Angeles, California

on __October 9, 2024__
Date

BRIAN D. KARTH
Clerk of Court

By _Martha A Torres_
Martha Torres, Deputy Clerk

G-52 (1/24)                             CERTIFICATE OF GOOD STANDING