# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DO NO HARM, a nonprofit corporation incorporated in the State of Virginia,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LEE, in his official capacity as Governor of the State of Tennessee,<br><br>Defendant. | No. 3:24-cv-01334<br><br>**JUDGE TRAUGER** |

## DECLARATION OF SERVICE

I, Christopher J. Sears, declare as follows:

I am a resident of the State of Maryland.

I am over the age of 18 years and am not a party to the above-entitled action.

My business address is 3100 Clarendon Blvd., Suite 1000, Arlington, VA 22201.

On December 3, 2024, true copies of (1) SUMMONS IN A CIVIL ACTION; (2) COMPLAINT; (3) CORPORATE DISCLOSURE STATEMENT; (4) ADMINISTRATIVE ORDER NO. 217; (5) NOTICE REGARDING CONSENT OF THE PARTIES; (6) NOTICE OF SETTING OF INITIAL CASE MANAGEMENT CONFERENCE; (7) MOTION FOR ADMISSION *PRO HAC VICE* FOR DAVID J. HOFFA; and (8) MOTION FOR ADMISSION *PRO HAC VICE* FOR CALEB R. TROTTER; were served upon Governor William Lee by service processor Ricky Cooper to Tammy Fulwider, the Chief Executive Assistant to the Tennessee Attorney General, at the following address:

Governor William Lee
c/o Tennessee Attorney General Jonathan Skrmetti
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202

The notice of service is attached.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 5th day of December 2024, in Arlington, Virginia.

_____
CHRISTOPHER J. SEARS

Chris Sears

| | |
|---|---|
| **From:** | RICKY COOPER <notifications@mail.servemanager.com> |
| **Sent:** | Tuesday, December 3, 2024 11:14 PM |
| **To:** | Chris Sears |
| **Subject:** | [ServeManager] Job #12254515 Served |

# Served

RICKY COOPER shared a service notification with you:

## Details

**Process Server:** RICKY COOPER

**Date & Time:** Dec 3, 2024, 12:30 am CST

**Service Type:** Government Agency

**Description of Service:**

Hand delivered to Tammy Fulwider, the Chief Executive Assistant to the Attorney General, who stated she was authorized to accept service.

## Recipient

Recipient: Jonathan Skrmetti, Tennessee Attorney General

| | |
|---|---|
| Age: | 55 |
| Ethnicity: | Caucasian |
| Gender: | Female |
| Weight: | 200 |
| Height: | 5'6" |
| Hair: | Brown |

**Description of Recipient:**

## Service Address

Tennessee Attorney General's Office P.O Box 20207, Nashville, TN 37202

## Job & Case

**Job:** 12254515

**Priority:** Routine

**Job Type:** Standard

**Due Date:** Feb 5, 2025

**Client Job:** E&O-2024-DR-023-CRT

**Recipient:** Jonathan Skrmetti, Tennessee Attorney General

**Case:** 3:24-cv-01334

**Plaintiff:** Do No Harm

**Defendant:** William Lee

**Court:** District Court for the Middle District of Tennessee Nashville Division

**County:** Davidson County

**Documents:** Summons.pdf, DNH v Lee II Complaint.pdf

---

**Shared with you by:**

RICKY COOPER
JUSTIN CASE PROCESS AND INVESTIGATIONS
justincaseprocess@gmail.com