IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DO NO HARM, a nonprofit corporation incorporated in the State of Virginia,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LEE, in his official capacity as Governor of the State of Tennessee,<br><br>Defendant. | Case No. 3:24-cv-01334<br><br>**JUDGE TRAUGER** |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65(a) and for the reasons set forth in the accompanying memorandum in support, Plaintiff Do No Harm moves for a preliminary injunction ordering Defendant not to consider the race of candidates for appointment to the Tennessee Board of Chiropractic Examiners while this case is pending. Plaintiff requests that the bond be waived or set in the amount of $1.00.

Pursuant to Local Rule 7.01(a)(1), counsel for Plaintiff met and conferred with counsel for Defendant on November 22, 2024. The parties were unable to resolve the issues presented in Plaintiff's Motion for Preliminary Injunction.

DATED: December 5, 2024.

Respectfully submitted,

/s/ *Caleb R. Trotter*
Caleb R. Trotter, Cal. Bar No. 305195*
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
CTrotter@pacificlegal.org

David J. Hoffa, Ariz. Bar No. 038052*
PACIFIC LEGAL FOUNDATION
3241 E. Shea Blvd., Suite 108
Phoenix, AZ 85028
Telephone: (916) 419-7111
DHoffa@pacificlegal.org

/s/ *Daniel J. Turklay*
Daniel J. Turklay (#034600)
TURKLAY LAW
11205 Lebanon Rd #51
Mt. Juliet, TN 37122
Telephone: (615) 838-5903
Fax: (888) 868-0014
daniel@turklaylaw.com

*Pro Hac Vice*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of such filing to counsel of record who are registered with CM/ECF. I also certify that I sent the foregoing document via email to Kevin M. Kreutz and Andrew D. Denning, counsel for Defendant identified in the parties' meet-and-confer conference.

Dated: December 5, 2024.

Respectfully submitted,

/s/ *Caleb R. Trotter*
Caleb R. Trotter