# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

DO NO HARM, a nonprofit corporation incorporated in the State of Virginia,

              Plaintiff,

    v.

WILLIAM LEE, in his official capacity as Governor of the State of Tennessee,

              Defendant.

Case No. 3:24-cv-01334

**JUDGE TRAUGER**

## DECLARATION OF CALEB R. TROTTER

I, Caleb R. Trotter, declare as follows:

1.     I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2.     I am an attorney at Pacific Legal Foundation, representing Plaintiff Do No Harm in this action.

3.     Exhibit A is a true and correct copy of a printout from the website of the Board of Chiropractic Examiners showing the current membership of the Board.

4.     Exhibit B is a true and correct copy of the Board Member Details page for Dr. Cole Hosenfeld on the Tennessee Secretary of State's webpage for state Board and Commission Vacancies available at https://tnsos.net/publications/oa/memberdetails.php?Member=42646&Board=35&Position=1461.

5. Exhibit C is a true and correct copy of the professional webpage for Dr. Hosenfeld at Apple Healthcare in Knoxville, Tennessee available at https://applehealthcaregroup.com/chiropractors/cole-hosenfeld-dc-dacbsp/.

6. Upon reviewing Exhibit B and seeing that the information for Dr. Hosenfeld's race was left blank, I reviewed Exhibit C to determine that Dr. Hosenfeld is Caucasian. The telephone number listed for Apple Healthcare ((865)-524-1234) in Exhibit C is the same telephone number listed for Dr. Hosenfeld in Exhibit B.

7. Exhibit D is a true and correct copy of the Board Member Details page for Rob Ailey on the Tennessee Secretary of State's webpage for state Board and Commission Vacancies available at https://tnsos.net/publications/oa/memberdetails.php?Member=44559&Board=35&Position=1595.

8. Exhibit E is a true and correct copy of the Board Member Details page for Kara Birdwell on the Tennessee Secretary of State's webpage for state Board and Commission Vacancies available at https://tnsos.net/publications/oa/memberdetails.php?Member=43190&Board=35&Position=1804.

9. Exhibit F is a true and correct copy of the Board Member Details page for Dale Blackwelder on the Tennessee Secretary of State's webpage for state Board and Commission Vacancies available at

https://tnsos.net/publications/oa/memberdetails.php?Member=44554&Board=35&Position=626.

10.     Exhibit G is a true and correct copy of the Board Member Details page for Curtis Damien on the Tennessee Secretary of State's webpage for state Board and Commission Vacancies available at https://tnsos.net/publications/oa/memberdetails.php?Member=43804&Board=35&Position=624.

11.     Exhibit H is a true and correct copy of the Board Member Details page for Jason Hulme on the Tennessee Secretary of State's webpage for state Board and Commission Vacancies available at https://tnsos.net/publications/oa/memberdetails.php?Member=44104&Board=35&Position=625.

12.     Exhibit I is a true and correct copy of the Board Member Details page for Stephanie Lazenby on the Tennessee Secretary of State's webpage for state Board and Commission Vacancies available at https://tnsos.net/publications/oa/memberdetails.php?Member=44193&Board=35&Position=893.

13.     Exhibit J is a true and correct copy of the declaration of Kristina Rasmussen.

14.     Exhibit K is a true and correct copy of the declaration of Member A.

15.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 5, 2024.

Caleb R. Trotter

# EXHIBIT A

Search Health  🔍

HURRICANE HELENE

# Board of Chiropractic Examiners

## Board Members

| Member | Position | Representation | Term Expires |
|---|---|---|---|
| Curtis E. Damien, D.C. | Board Member | Doctor of Chiropractic | 04-30-2026 |
| Jason B. Hulme, D.C. | Vice-President | Doctor of Chiropractic | 04-30-2027 |
| Kara Birdwell, D.C | Board Member | Doctor of Chiropractic | 04-30-2025 |
| Cole James Hosenfeld | President | Doctor of Chiropractic | 04-30-2024 |
| Dale Blackwelder, DC | Secretary | Doctor of Chiropractic | 04-30-2028 |
| Stephanie Lazenby | Board Member | CTA/CXT Member | 04-30-2027 |
| Rob Ailey | Board Member | Citizen Member | 04-30-2028 |

# EXHIBIT B

Search Boards and Commissions | Vacancy Statistics | Appointment Statistics | Non-Compliant Agencies



# Tennessee Secretary of State Tre Hargett
## Division of Publications
Filings

# Board and Commission Vacancies

Board and Commission Vacancies Homepage >

# Board Member Details

| | |
|---|---|
| Name: | Hosenfeld, Cole |
| Oath: | View Oath |
| Board: | Chiropractic Examiners Board |
| Position ID: | 1461 |
| Vacancy Status: | Not Vacant |
| Address 1: | 1137 Andrew Johnson Highway |
| Address 2: | |
| City: | Strawberry Plains |
| Zip: | 37871 |
| County: | Knox |
| Phone | 865-524-1234 |
| House District: | 19 |
| Senate District: | 06 |
| Race: | |
| Sex: | |
| Term: | 5/1/2019 - 4/30/2024 *Member is required to serve until successor qualifies. |
| Qualifications: | Serves as a chiropractor representing East Tennessee. |
| Appointed By: | Governor |

**Tennessee Secretary of State Tre Hargett**

Division of Publications

312 Rosa L. Parks Avenue, Snodgrass Tower, 8th Floor

Nashville, TN 37243

615-741-2650

publications.information@tn.gov

Copyright © 2024 Tennessee Secretary of State

# EXHIBIT C



(https://www.applehealthcaregroup.com)

Home    About    Services ⌄    Providers ⌄    Resources ⌄    Locations ⌄    Contact Us

**Request Appointment
(https://www.applehealthcaregroup.com/request-appointment/)**



# Cole Hosenfeld, DC, DACBSP

**Location**
Western Avenue

**Position:**
Chiropractor

Case 3:24-cv-01334    Document 12-2    Filed 12/05/24    Page 11 of 37 PageID #: 69

**Medical Education:**

Doctorate of Chiropractic from Logan University in St. Louis, Mo.

**Board Certifications:**

-Board Certified: Sports Medicine (DC) - American Chiropractic Board of Sports Physicians (Monument, CO)

-Musculoskeletal Sonography - APCA (Rockville, MD)

**College**

Bachelor of Science degree in human biology from Logan University

**Memberships**

American Chiropractic Association, Tennessee Chiropractic Association, American Chiropractic Board of Sports Physicians, American Institute of Ultrasound in Medicine, Tennessee Valley Chiropractic Association

Dr. Cole Hosenfeld is a distinguished chiropractic physician with a post-doctoral board certification in sports medicine from the American Chiropractic Board of Sports Physicians (ACBSP) and a certification in musculoskeletal sonography through the Alliance for Physician Certification and Advancement (APCA). He earned his Bachelor of Science in Human Biology from Logan University, followed by a Doctorate of Chiropractic from Logan College of Chiropractic in St. Louis, Missouri.

Recognized for his exceptional contributions to the field, Dr. Hosenfeld was named "Chiropractor of the Year" by the Tennessee Chiropractic Association in 2012 and "Young Chiropractor of the Year" in 2003. He currently serves on the Tennessee Board of Chiropractic Examiners, originally appointed by Governor Bill Haslam and reappointed by Governor Bill Lee.

Dr. Hosenfeld's professional affiliations include the American Chiropractic Association, Tennessee Chiropractic Association, American Chiropractic Board of Sports Physicians, American Institute of Ultrasound in Medicine, and the Tennessee Valley Chiropractic Association. He is the primary author of "Chiropractic Therapy Assistants: A Clinical Resource Guide," the recommended textbook for chiropractic therapy assistants in Tennessee, with growing national use.

An avid learner, Dr. Hosenfeld continually seeks to incorporate cutting-edge concepts and treatments to enhance patient care. He believes in providing treatments through evidence informed care and collaboration with other providers on his patient's healthcare team to achieve high outcomes. In his personal time, he enjoys exercising, woodworking, reading, hiking, and spending time with his wife and their two daughters.



Apple Healthcare is a multi-specialty medical clinic with two locations in Knoxville, TN. We offer chiropractic, physical therapy, podiatry and functional and regenerative medicine.

## Quick Links

Home(https://applehealthcaregroup.com)

Our Services(https://www.applehealthcaregroup.com/services/)

About Us(https://www.applehealthcaregroup.com/about-us/)

Insurance          (https://www.applehealthcaregroup.com/insurances-
Accepted          accepted/)

Locations(https://www.applehealthcaregroup.com/locations/)

Contact Us(https://www.applehealthcaregroup.com/contact/)

## Cedar Bluff

**Address**

312 Prosperity Dr Suite 101
Knoxville, TN 37923

**Call:**

(865) 691-3155 (tel:+18656913155)

**Hours:**

Mon, Tue, Thu, Fri 8am-5pm
Wed 8am-12pm

## Western Ave

**Address**

4307 Ball Camp Pike
Knoxville, TN 37921

**Call:**

(865) 524-1234 (tel:+18655241234)

🕐 **Hours:**

Mon-Fri 8am-5pm

 

Copyright © 2024 Apple Healthcare.

All Rights Reserved.

Privacy Policy (https://applehealthcaregroup.com/privacy-policy-2/)

# EXHIBIT D

Search Boards and Commissions | Vacancy Statistics | Appointment Statistics | Non-Compliant Agencies



Tennessee Secretary of State Tre Hargett
Division of Publications
Filings

# Board and Commission Vacancies

Board and Commission Vacancies Homepage >

# Board Member Details

| | |
|---|---|
| Name: | Ailey, Rob |
| Board: | Chiropractic Examiners Board |
| Position ID: | 1595 |
| Vacancy Status: | Not Vacant |
| Address 1: | 127 Ailey Circle |
| Address 2: | |
| City: | Seymour |
| Zip: | 37865 |
| County: | Sevier |
| Phone | 865-254-4861 |
| House District: | 12 |
| Senate District: | 8 |
| Race: | Caucasian |
| Sex: | M |
| Term: | 5/1/2023 - 4/30/2028 *Member is required to serve until successor qualifies. |
| Qualifications: | Serves as a consumer who is not affiliated with the practice of chiropractic. |
| Appointed By: | Governor |

**Tennessee Secretary of State Tre Hargett**

Division of Publications

312 Rosa L. Parks Avenue, Snodgrass Tower, 8th Floor

Nashville, TN 37243

615-741-2650

publications.information@tn.gov

# EXHIBIT E

Search Boards and Commissions | Vacancy Statistics | Appointment Statistics | Non-Compliant Agencies



Tennessee Secretary of State Tre Hargett
Division of Publications
Filings

# Board and Commission Vacancies

Board and Commission Vacancies Homepage >

# Board Member Details

| | |
|---|---|
| Name: | Birdwell, Kara |
| Oath: | View Oath |
| Board: | Chiropractic Examiners Board |
| Position ID: | 1804 |
| Vacancy Status: | Not Vacant |
| Address 1: | 1302 N. Wright Road |
| Address 2: | |
| City: | Alcoa |
| Zip: | 37701 |
| County: | Blount |
| Phone | 865-803-6399 |
| House District: | 8 |
| Senate District: | 2 |
| Race: | Caucasian |
| Sex: | F |
| Term: | 5/1/2020 - 4/30/2025 *Member is required to serve until successor qualifies. |
| Qualifications: | Serves as a chiropractor representing East Tennessee. |
| Appointed By: | Governor |

**Tennessee Secretary of State Tre Hargett**
Division of Publications
312 Rosa L. Parks Avenue, Snodgrass Tower, 8th Floor
Nashville, TN 37243
615-741-2650
publications.information@tn.gov

Copyright © 2024 Tennessee Secretary of State

# EXHIBIT F

Search Boards and Commissions | Vacancy Statistics | Appointment Statistics | Non-Compliant Agencies



# Tennessee Secretary of State Tre Hargett
Division of Publications
Filings

# Board and Commission Vacancies

Board and Commission Vacancies Homepage >

# Board Member Details

| | |
|---|---|
| Name: | Blackwelder, Dale |
| Oath: | View Oath |
| Board: | Chiropractic Examiners Board |
| Position ID: | 626 |
| Vacancy Status: | Not Vacant |
| House District: | 72 |
| Senate District: | 26 |
| Race: | Caucasian |
| Sex: | M |
| Term: | 5/1/2023 - 4/30/2028 *Member is required to serve until successor qualifies. |
| Qualifications: | Serves as a chiropractor representing West Tennessee. |
| Appointed By: | Governor |

**Tennessee Secretary of State Tre Hargett**

Division of Publications

312 Rosa L. Parks Avenue, Snodgrass Tower, 8th Floor

Nashville, TN 37243

615-741-2650

publications.information@tn.gov

Copyright © 2024 Tennessee Secretary of State

# EXHIBIT G

Search Boards and Commissions | Vacancy Statistics | Appointment Statistics | Non-Compliant Agencies



# Tennessee Secretary of State Tre Hargett
### Division of Publications
### Filings

# Board and Commission Vacancies

Board and Commission Vacancies Homepage >

# Board Member Details

| | |
|---|---|
| Name: | Damien, Curtis |
| Oath: | View Oath |
| Board: | Chiropractic Examiners Board |
| Position ID: | 624 |
| Vacancy Status: | Not Vacant |
| Address 1: | 8110 Highway 51 N, #2 |
| Address 2: | |
| City: | Millington |
| Zip: | 38053 |
| County: | Shelby |
| Phone | 901-487-5332 |
| House District: | 99 |
| Senate District: | 29 |
| Race: | Caucasian |
| Sex: | M |
| Term: | 5/1/2021 - 4/30/2026 *Member is required to serve until successor qualifies. |
| Qualifications: | Serves as a chiropractor representing West Tennessee. |
| Appointed By: | Governor |

**Tennessee Secretary of State Tre Hargett**

Division of Publications

312 Rosa L. Parks Avenue, Snodgrass Tower, 8th Floor

Nashville, TN 37243

615-741-2650

publications.information@tn.gov

Copyright © 2024 Tennessee Secretary of State

# EXHIBIT H

Search Boards and Commissions | Vacancy Statistics | Appointment Statistics | Non-Compliant Agencies



# Tennessee Secretary of State Tre Hargett
Division of Publications
Filings

## Board and Commission Vacancies

Board and Commission Vacancies Homepage >

# Board Member Details

| | |
|---|---|
| Name: | Hulme, Jason |
| Oath: | View Oath |
| Board: | Chiropractic Examiners Board |
| Position ID: | 625 |
| Vacancy Status: | Not Vacant |
| Address 1: | 123 Louann Lane |
| Address 2: | |
| City: | Hendersonville |
| Zip: | 37075 |
| County: | Sumner |
| Phone | 615-852-7520 |
| House District: | 45 |
| Senate District: | 18 |
| Race: | Caucasian |
| Sex: | M |
| Term: | 5/1/2022 - 4/30/2027 *Member is required to serve until successor qualifies. |
| Qualifications: | Resident of TN, actively engaged as a chiropractic physician for a period of at least five years. |
| Appointed By: | Governor |

**Tennessee Secretary of State Tre Hargett**

Division of Publications

312 Rosa L. Parks Avenue, Snodgrass Tower, 8th Floor

Nashville, TN 37243

615-741-2650

publications.information@tn.gov

# EXHIBIT I

[Search Boards and Commissions](#) | [Vacancy Statistics](#) | [Appointment Statistics](#) | [Non-Compliant Agencies](#)



## Tennessee Secretary of State Tre Hargett
### Division of Publications
### Filings

# Board and Commission Vacancies

Board and Commission Vacancies Homepage >

# Board Member Details

| | |
|---|---|
| Name: | Lazenby, Stephanie |
| Oath: | [View Oath](#) |
| Board: | Chiropractic Examiners Board |
| Position ID: | 893 |
| Vacancy Status: | Not Vacant |
| Address 1: | 556 Oak Pointe Drive |
| Address 2: | |
| City: | Lexington |
| Zip: | 38351 |
| County: | Henderson |
| Phone | 731-695-8331 |
| House District: | 79 |
| Senate District: | 25 |
| Race: | Caucasian |
| Sex: | F |
| Term: | 5/1/2022 - 4/30/2027 *Member is required to serve until successor qualifies. |
| Qualifications: | A chiropractic x-ray technician or chiropractic therapy assistant and who has been certified in this state for nor less than two (2) years. |
| Appointed By: | Governor |

Case 3:24-cv-01334    Document 12-2    Filed 12/05/24    Page 30 of 37 PageID #: 88

https://tnsos.net/publications/oa/memberdetails.php?Member=44193&Board=35&Position=893                                          1/2

615-741-2650

publications.information@tn.gov

Copyright © 2024 Tennessee Secretary of State

# EXHIBIT J

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

DO NO HARM, a nonprofit corporation
incorporated in the State of Virginia,

Plaintiff,

v.

WILLIAM LEE, in his official capacity as
Governor of the State of Tennessee,

Defendant.

Case No. 3:24-cv-01334

**JUDGE TRAUGER**

## DECLARATION OF KRISTINA RASMUSSEN

I, Kristina Rasmussen, declare as follows:

1.      I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2.      I am the Executive Director of Do No Harm.

3.      Do No Harm is a national nonprofit corporation headquartered in Glen Allen, Virginia. Do No harm is a membership organization of over 6,000 medical professionals, students, policymakers, and concerned citizens. Its mission is to protect healthcare from a radical, divisive, and discriminatory ideology focused on identity.

4.      Do No Harm's members are harmed by racially discriminatory laws like Tennessee Code §§ 8-1-111 and 63-4-102(c), which require the Governor of Tennessee to ensure that state boards, including the Board of Chiropractic Examiners, include racial minorities as board members. These laws exclude some of Do No Harm's members solely because of their race.

5.      Do No Harm has one or more members who are ready, willing, and able to be appointed to the Board of Chiropractic Examiners, but cannot because of their race.

6.      Based on my experience and discussions with many individuals, I believe many individuals would not challenge laws like Tennessee Code §§ 8-1-111 and 63-4-102(c) absent the anonymity protections that associations like Do No Harm provide.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed on December <u>3</u>, 2024.

*Kristina Rasmussen*

Kristina Rasmussen

# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DO NO HARM, a nonprofit corporation
incorporated in the State of Virginia,

Plaintiff,

v.

WILLIAM LEE, in his official capacity as
Governor of the State of Tennessee,

Defendant.

Case No. 3:24-cv-01334

**JUDGE TRAUGER**

## DECLARATION OF MEMBER A

I, Member A, declare as follows:

1.      I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2.      I am Member A referred to in the Complaint filed by Do No Harm against Governor Lee in the above-captioned case.

3.      I am an adult citizen of Tennessee who resides in Union City, Tennessee.

4.      I am ready, willing, and able to apply for the opening for a licensed Tennessee chiropractor on the Tennessee Board of Chiropractic Examiners.

5.      I am not a racial minority.

6.      I meet all nonracial requirements for appointment to a licensed Tennessee chiropractor position on the Board. I have been actively engaged in chiropractic practice in Tennessee for 15 years and not actively engaged in the practice of any other branch of the healing arts.

7.      I became a member of Do No Harm because I support its mission as well as this lawsuit.

8.      I am signing the declaration under a pseudonym because if my participation in this litigation becomes public, I fear the possibility of reprisal.

9.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed on December __, 2024.

Member A