**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| DO NO HARM *a nonprofit corporation in the State of Virginia*, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 3:24-cv-1334 Judge Trauger |
| WILLIAM LEE *in his official capacity as Governor of the State of Tennessee*, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

It is hereby ORDERED that this case is TRANSFERRED for all purposes to Chief Judge

Campbell and Magistrate Judge Holmes, as it is related to an earlier-filed case assigned to them,

Case Number 3:23-cv-1175. The initial case management conference scheduled before Judge

Trauger on January 16, 2025 is CANCELLED.

It is so **ORDERED**.

 

 

_____
ALETA A. TRAUGER
U.S. District Judge