IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NASHVILLE
AT NASHVILLE

| | |
|---|---|
| DO NO HARM ) | |
| ) | Case No. 3:24-cv-01334 |
| v. ) | Chief Judge Campbell |
| ) | Magistrate Judge Holmes |
| WILLIAM LEE *in his official capacity as* ) | |
| *Governor of the State of Tennessee* ) | |

## O R D E R

This case was reassigned from Judge Trauger to Chief Judge Campbell and to the undersigned Magistrate Judge for case management. The initial case management conference previously set before Judge Trauger was cancelled. The Clerk is therefore **DIRECTED** to issue a notice setting an initial case management conference for the next date in rotation using the undersigned Magistrate Judge's form notice.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge