UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DO NO HARM**, a nonprofit corporation Incorporated in the State of Virginia )<br>)<br>)<br>**Plaintiff**, )<br>)<br>v. )<br>)<br>**WILLIAM LEE**, in his official capacity as )<br>Governor of the State of Tennessee, )<br>)<br>**Defendant**. ) | Case No. 3:24-cv-01334<br>Chief Judge Campbell |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.01(e)(1), Andrew Grams, Assistant Attorney General for the State of Tennessee Office of the Attorney General, enters this notice of appearance on behalf of Defendant, Governor William Lee. All filings, briefs, and other documents in the above-styled case should hereafter be served upon him.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

s/ *Andrew Grams*
ANDREW GRAMS (BPR#018380)
Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 741-2935
Andrew.Grams@ag.tn.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, December 18, 2024, a true and correct copy of the foregoing *Notice of Appearance* has been forwarded via the District Court's electronic filing system to all counsel of record. All other parties will be served through counsel by electronic mail as follows:

>Caleb Trotter
>Pacific Legal Foundation
>555 Capitol Mall, Suite 1290
>Sacramento, CA 95814
>916.419.7111
>CTrotter@pacificlegal.org
>
>David J. Hoffa, Ariz. Bar No. 038052
>3241 E. Shea Blvd., Suite 108
>Phoenix, AZ 85028
>Phone: (916) 419-7111
>DHoffa@pacificlegal.org
>
>Daniel J. Turklay (BPR#034600)
>115 E Main Street, Suite F
>Lebanon, TN 37087
>Phone: (615) 838-5903
>Fax: (888) 868-0014
>daniel@turklaylaw.com
>*Attorneys for Plaintiff*

*s/ Andrew Grams*