**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DO NO HARM, a nonprofit corporation Incorporated in the State of Virginia** | ) ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:24-cv-01334** |
| | ) | **Chief Judge Campbell** |
| **WILLIAM LEE, in his official capacity as Governor of the State of Tennessee,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT MOTION FOR STIPULATED BRIEFING SCHEDULE

Pursuant to agreement among counsel, Defendant respectfully requests that this Honorable Court extend the deadlines for Defendant's response to Plaintiff's Motion for Preliminary Injunction to December 24, 2024, and Plaintiff's reply to January 6, 2025.

Plaintiff served Governor Lee with the Motion for Preliminary Injunction on December 5, 2024. The Complaint was served on December 3, 2024. Local Rule 7.01(a)(3) requires that responses in opposition to motions be filed and served "not later than fourteen (14) days after service of the motion . . . ." Fed. R. Civ. P. 12(a)(1)(A)(i) provides that answers to complaints must be filed and served "within 21 days after being served with the summons and complaint . . . ." Under Local Rule 7.01(a)(3), Defendant's response in opposition to Plaintiff's Motion for Preliminary Injunction is due December 19, 2024. This joint motion requests that the Court allow Defendant to respond to the Motion for Preliminary Injunction on the date the answer to the complaint is due—December 24, 2024.

1

Plaintiff's counsel has no opposition to this request and agreed to the December 24th and January 6th deadlines by email on December 10, 2024. The parties make this joint request in order to simplify and consolidate the briefing timeline in this matter and to accommodate work schedules for counsel for the Defendant.

## CONCLUSION

Defendant respectfully requests this Court grant the motion to allow Defendant until December 24, 2024, to respond to Plaintiff's Motion for Preliminary Injunction and Plaintiff until January 6, 2025, to respond.

2

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

s/ *Andrew Grams*
ANDREW GRAMS (BPR#018380)
Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 741-2935
Andrew.Grams@ag.tn.gov
*Attorney for Defendant*


TURKLAY LAW

s/ *Daniel J. Turklay w/ Permission ANG*
Daniel J. Turklay (BPR#034600)
115 E Main Street, Suite F
Lebanon, TN 37087
Phone: (615) 838-5903
Fax: (888) 868-0014
daniel@turklaylaw.com
*Attorney for Plaintiff*


PACIFIC LEGAL FOUNDATION

Caleb R. Trotter, Cal Bar No. 305195
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Phone: (916) 419-7111
CTrotter@pacificlegal.org

David J. Hoffa, Ariz. Bar No. 038052
3241 E. Shea Blvd., Suite 108
Phoenix, AZ 85028
Phone: (916) 419-7111
DHoffa@pacificlegal.org
*Attorneys for Plaintiff*

3

**CERTIFICATE OF SERVICE**

I certify that the foregoing Notice was filed electronically on December 18, 2024. A true and correct copy of that filing was forwarded on the same day via the Court's CM/ECF system upon the following:

Caleb Trotter
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
916.419.7111
CTrotter@pacificlegal.org

David J. Hoffa, Ariz. Bar No. 038052
3241 E. Shea Blvd., Suite 108
Phoenix, AZ 85028
Phone: (916) 419-7111
DHoffa@pacificlegal.org

Daniel J. Turklay (BPR#034600)
115 E Main Street, Suite F
Lebanon, TN 37087
Phone: (615) 838-5903
Fax: (888) 868-0014
daniel@turklaylaw.com
*Attorneys for Plaintiff*

*s/ Andrew Grams*