IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DO NO HARM, a nonprofit corporation incorporated in the State of Virginia,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM LEE, in his official capacity as Governor of the State of Tennessee,<br><br>    Defendant. | NO. 3:24-cv-01334<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE HOLMES |

## ORDER

Pending before the Court is the parties' Joint Motion for Stipulated Briefing Schedule. (Doc. No. 18). Through the motion, the parties seek to extend the deadline for Defendant to respond to Plaintiff's Motion for Preliminary Injunction from December 19, 2024, to the date the answer to the complaint is due – December 24, 2024. The parties also seek to extend the reply deadline to January 6, 2025.

The motion is **GRANTED** and the deadlines are extended as requested.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE