IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DO NO HARM, a nonprofit corporation incorporated in the State of Virginia,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM LEE, in his official capacity as Governor of the State of Tennessee,<br><br>    Defendant. | NO. 3:24-cv-01334<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE HOLMES |

## ORDER

Pending before the Court is the parties' Joint Motion to Stay Proceedings. (Doc. No. 19). Through the motion, the parties seek a stay of proceedings for thirty days to allow the statutory process concerning the law at issue in this case to reach its conclusion.

The Motion to Stay is **GRANTED**. This case is hereby stayed and administratively closed pending further order of the Court. The parties shall file a notice and status update within seven days of the conclusion of the statutory process.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE