# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DO NO HARM, a nonprofit corporation incorporated in the State of Virginia,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LEE, in his official capacity as Governor of the State of Tennessee,<br><br>Defendant. | Case No. 3:24-cv-01334<br><br>**CHIEF JUDGE CAMPBELL**<br>**MAGISTRATE JUDGE HOLMES**<br><br>**JOINT NOTICE AND STATUS UPDATE** |

On December 20, 2024, the Court granted the parties' Joint Motion to Stay Proceedings. (Doc. 21). The Court further directed the parties to provide the Court with a status update "within seven days of the conclusion of the statutory process." *Id. See* Tenn. Code. Ann. § 8-6-109. Counsel for Defendant advised that a final decision has not been made as to whether outside legal counsel will be hired to defend the constitutionality of the statutes challenged in this action, *see id.* § 8-6-109(c), but a final decision is expected by February 14, 2025.

Dated: January 28, 2025.

    Respectfully submitted,

/s/ *Caleb R. Trotter*
Caleb R. Trotter, Cal. Bar No. 305195*
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
CTrotter@pacificlegal.org

David J. Hoffa, Ariz. Bar No. 038052*
PACIFIC LEGAL FOUNDATION
3241 E. Shea Blvd., Suite 108
Phoenix, AZ 85028
Telephone: (916) 419-7111
DHoffa@pacificlegal.org

/s/ *Daniel J. Turklay*
Daniel J. Turklay (#034600)
TURKLAY LAW
11205 Lebanon Rd #51
Mt. Juliet, TN 37122
Telephone: (615) 838-5903
Fax: (888) 868-0014
daniel@turklaylaw.com

*Pro Hac Vice*

*Attorneys for Plaintiff*

*/s/ Andrew Grams**
Andrew Grams (BPR#018380)
Assistant Attorney General Office
of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 741-2935
Andrew.Grams@ag.tn.gov
*Attorney for Defendant*

**Signature Authorized by Email*

# CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of such filing to counsel of record who are registered with CM/ECF.

Dated: January 28, 2025.

                                              Respectfully submitted,

                                              /s/ *Caleb R. Trotter*
                                              Caleb R. Trotter