**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **DO NO HARM, a nonprofit corporation incorporated in the State of Virginia,** ) ) ) | |
| ) | **NO. 3:24-cv-01334** |
| **Plaintiff,** ) | |
| ) | **JUDGE CAMPBELL** |
| **v.** ) | **MAGISTRATE JUDGE HOLMES** |
| ) | |
| **WILLIAM LEE, in his official capacity as Governor of the State of Tennessee,** ) ) ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pursuant to the Notice of Voluntary Dismissal filed by Plaintiff Do No Harm (Doc. No. 27), this case is hereby **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(i) and (a)(1)(B). The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE